UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ALYSIA LAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:10-cv-300 |
| ) | *Collier / Lee* |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA and VOLUNTEER ) | |
| BEHAVIORAL HEALTH CARE SYSTEMS ) | |
| EMPLOYEE BENEFITS PLAN, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the Court is a motion for leave to proceed *in forma pauperis* [Doc. 1] filed by Alysia Layne ("Layne"). Layne's Complaint [Doc. 2] seeks review of the Defendants' decision not to pay long-term disability benefits allegedly due under an employee benefits plan.

Layne's application provides the Court with insufficient information to determine whether she is indigent. For instance, while Layne avers she has no assets and has not recently received income from a job, rent, pension, or gift, she also avers has received income from "[an]other source." She has not, however, identified that source or stated the amount of income she received from it. Without stating her income, Layne's application does not establish that she cannot pay the Court's filing fee while affording the other necessities of life. Accordingly, the Court **ORDERS** Layne to submit an explanation detailing the income she has received within the past twelve months

and how she is paying her living expenses. Failure to submit the requested information within **thirty (30) days** of the entry of this Order may result in the denial of Layne's motion.

SO ORDERED.

ENTER:

s/<i>Susan K. Lee</i><br>
SUSAN K. LEE<br>
UNITED STATES MAGISTRATE JUDGE